*State, Respondent, v. Zander, Petitioner*, No. 92579-8. Petition for review of a decision of the Court of Appeals, No. 72538-6-I, November 9, 2015, 191 Wn. App. 1007. *Denied* April 27, 2016.

*State, Respondent, v. Turpin, Petitioner*, No. 92580-1. Petition for review of a decision of the Court of Appeals, No. 72101-1-I, October 26, 2015, 190 Wn. App. 815. *Denied* April 27, 2016.

*State, Respondent, v. Robles, Petitioner*, No. 92586-1. Petition for review of a decision of the Court of Appeals, No. 73934-4-I, November 9, 2015, 191 Wn. App. 1011. *Denied* April 27, 2016.

*State, Respondent, v. Bellue, Petitioner*, No. 92607-7. Petition for review of a decision of the Court of Appeals, Nos. 45232-4-II, 45262-6-II, and 46284-2-II, November 10, 2015, 191 Wn. App. 1011. *Denied* April 27, 2016.

*State, Respondent, v. Gonzalez-Mendoza, Petitioner*, No. 92608-5. Petition for review of a decision of the Court of Appeals, No. 71026-5-I, October 19, 2015, 190 Wn. App. 1035. *Denied* April 27, 2016.

*In re Det. of Brennan*, No. 92609-3. Petition for review of a decision of the Court of Appeals, No. 46524-8-II, October 20, 2015, 190 Wn. App. 1038. *Denied* April 27, 2016.

*Benton County, Respondent, v. Zink, Petitioner*, No. 92610-7. Petition for review of a decision of the Court of Appeals, No. 32912-7-III, November 10, 2015, 191 Wn. App. 269. *Denied* April 27, 2016.

*State, Respondent, v. Warsame, Petitioner*, No. 92618-2. Petition for review of a decision of the Court of Appeals, No. 72305-7-I, November 16, 2015, 191 Wn. App. 1017. *Denied* April 27, 2016.